IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 09-CV-551 |
| WILLIAM ASHLEY SIKORA and RONDI MARIE SIKORA, | ) |
| Defendants. | ) |

**ORDER and JUDGMENT**

It is hereby ORDERED that judgment be entered in favor of plaintiff against the defendants in the principal amount of $8,400 as of April 1, 2009, plus interest thereafter at the rate of 2% per annum to the date of judgment, together with interest thereon at the legal rate from the date of entry of judgment until paid in full.

Dated this 14th day of September 2009.

BY THE COURT:

_Barbara B Crabb_
BARBARA B. CRABB, JUDGE,
UNITED STATES DISTRICT COURT

Judgment entered this 15th day of September, 2009.
By: L. Jensen, Deputy Clerk
Peter Oppeneer, Clerk of Court